UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN SHAW      ) | |
| ) | |
| v.             ) | Case No. 1:19-CV-1122-SE |
| ) | |
| WARDEN         ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES the below signed counsel, Richard J. Lehmann, and respectfully moves that the Court permit him to withdraw as counsel in support of this matter, and in support thereof states as follows:

1.	Mr. Shaw has asked me to withdraw as counsel in this matter so that he may proceed on a *pro se* basis.

2.	Accordingly, I ask that this Court grant this motion to withdraw and issue such orders as are necessary to permit Mr. Shaw to proceed *pro se.*

WHEREFORE, undersigned counsel respectfully moves that this Honorable Court:

A.  Grant this motion to withdraw; and

B.  Grant such other relief as may be just and proper

RESPECTFULLY SUBMITTED

April 25, 2023                              */s/Richard J. Lehmann*

Richard J. Lehmann (Bar No. 9339)
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

2

## CERTIFICATION

I hereby certify that a copy of this pleading was forwarded on this day to counsel of record, via the court's ECF system.

April 25, 2023         */s/Richard J. Lehmann*

                      Richard J. Lehmann